UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUNTHER NEUMANN,

    Plaintiff,

    v.

FOSTER WHEELER LLC,

    Defendant.

Case No. 15-cv-04521-PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Jacqueline Scott Corley to conduct a settlement conference by to be completed in accordance with her practice for asbestos cases. The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Jacqueline Scott Corley.

**IT IS SO ORDERED.**

Dated: 1/8/16

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record