UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTHER NEUMANN,<br><br>            Plaintiff,<br><br>    v.<br><br>FOSTER WHEELER LLC,<br><br>            Defendant. | Case No. 15-cv-4521-PJH<br><br>**ORDER** |

The court is in receipt of a notice that the parties have achieved a resolution of the above-entitled action.  The notice states that a stipulated request for dismissal will be filed once settlement funds are received by plaintiff's counsel.  Plaintiff requests that the court vacate all future pretrial deadlines, as well as the trial date.  In addition, plaintiff requests that the case "remain open" and that the court retain jurisdiction until the settlement funds have been received and the request for dismissal has been filed.

The court does not vacate pretrial dates and stay proceedings based upon a notice of settlement in the absence of a dismissal.  The parties may elect either a 90-day conditional dismissal or a date for a further case management conference 90 days from the date of this order, which will be vacated if the final dismissal is filed in advance of that date.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____

PHYLLIS J. HAMILTON
United States District Judge