**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTHER NEUMANN, </br></br>    Plaintiff, </br></br>vs. </br></br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), </br></br>    Defendant. | No. 4:15-cv-04521-PJH </br></br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC** *fka* **FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 3/15/16                           By:_____
                                                      Phyllis J. Hamilton
                                                    United States District Judge

*[Court seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / Northern District of California]*